UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **MICHAEL MILES**, Individually, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:14-cv-1752 |
| v. | : | |
| | : | Judge Rudy Lozano |
| **Shaffner & Shaffner Enterprises Inc.**, an | : | |
| Indiana Corporation, | : | Magistrate Judge Christopher A |
| | : | Nuechterlein |
| Defendant. | : | |
| | : | |
| _____ | : | |
| | : | |

## AGREED MOTION FOR LEAVE TO FILE
## CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL

NOW COMES the Plaintiff, Michael Miles, through counsel, and hereby moves this Honorable Court for an Order granting leave file a Confidential Settlement Agreement under seal:

1. The parties having entered into a Confidential Settlement Agreement and Release dated April 2, 2015.

2. The terms of the parties Settlement Agreement and Release called for a confidentiality provision. Furthermore, adherence to this confidentiality provision was deemed a material part of the Agreement.

3. In the aforementioned agreement, the settlement calls for the Court to retain jurisdiction over this matter to enforce the terms in the Settlement Agreement.

4. Accordingly, the Plaintiff requests leave of this Court to file the Confidential Settlement Agreement and supporting exhibits under seal.

5. A proposed Order is attached hereto.

Respectfully submitted,

 /s/  Owen B. Dunn Jr., Esq.

*Counsel for Plaintiff:*
**Owen B. Dunn, Jr., Esquire**
Ohio Bar No. 0074743
LAW OFFICE OF OWEN B. DUNN, JR.
4334 W. Central Ave., Suite 222
Toledo, OH 43615
(419) 241-9661
(419) 241-9737 – Fax
dunnlawoffice@sbcglobal.net

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was on this 16th day of April, 2015 served electronically to:

*Counsel for Defendant*
Randall L. Morgan
Stephen R. Snyder
SNYDER MORGAN LLP
200 West Main Street
Syracuse, Indiana  46567
srs@snydermorgan.com
rlm@snydermorgan.com

and

James J. O'Connor, Jr.
BARRETT & MCNAGNY LLP
215 East Berry Street
P.O. Box 2263
Fort Wayne, IN 46802
jjo@barrettlaw.com

By:  /s/  Owen B. Dunn, Jr.
          Owen B. Dunn, Jr.