UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **MICHAEL MILES**, Individually, | : |
| Plaintiff, | : Case No. 3:14-cv-1752 |
| v. | : |
| | : Judge Rudy Lozano |
| **Shaffner & Shaffner Enterprises Inc.**, an Indiana Corporation, | : |
| | : Magistrate Judge Christopher A Nuechterlein |
| Defendant. | : |
| _____ | : |

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**

This matter having come before the Court on the Stipulation of the parties; the parties having entered into a Settlement Agreement and Release dated April  2 , 2015 ( the "Settlement Agreement"), and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED as follows:

1. This action shall be, and hereby is, dismissed without prejudice and without costs or attorney fees to any party except as provided in the Settlement Agreement.

2. The Court retains jurisdiction over this matter to enforce the terms Settlement Agreement.

_____
U.S. DISTRICT JUDGE

The parties to this action, by their respective attorneys, hereby stipulate to entry of the above Order.

Signatures:

Respectfully Submitted,

| | |
|---|---|
| /s/ Owen B. Dunn, Jr. | /s/ Randall L. Morgan |
| Owen B. Dunn, Jr. | Randall L. Morgan |
| **LAW OFFICE OF OWEN B. DUNN, JR.** | Stephen R. Snyder |
| The Ottawa Hills Shopping Center | SNYDER MORGAN LLP |
| 4334 W. Central Avenue, Suite 222 | 200 West Main Street |
| Toledo, OH  43615 | Syracuse, Indiana  46567 |
| Telephone: (419) 241-9661 | srs@snydermorgan.com |
| Fax: (419) 241-9737 | rlm@snydermorgan.com |
| Email:  dunnlawoffice@sbcglobal.net | |
| | and |
| COUNSEL FOR PLAINTIFF | |
| | James J. O'Connor, Jr. |
| | BARRETT & MCNAGNY LLP |
| | 215 East Berry Street |
| | P.O. Box 2263 |
| | Fort Wayne, IN 46802 |
| | jjo@barrettlaw.com |
| | |
| | COUNSEL FOR DEFENDANT |