IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MICHAEL MILES,                         )
                                       )
Plaintiff,                             )
                                       )
vs.                                    ) No. 3:14-cv-1752
                                       )
SHAFFNER & SHAFFNER                    )
ENTERPRISES INC.,                      )
                                       )
Defendant.                             )

## ORDER

This matter is before the Court on the: (1) "Agreed Motion for Leave to File Confidential Settlement Agreement Under Seal," filed by Plaintiff, Michael Miles, on April 17, 2015 (DE #22); and (2) "Stipulated Order of Dismissal Without Prejudice," filed by the parties on May 4, 2015 (DE #24).  Upon due consideration, the motion for leave to file the settlement agreement under seal (DE #22) is **GRANTED**.  Additionally, the Court **GRANTS** the motion for dismissal without prejudice (DE #24) and **ORDERS** the Clerk to **DISMISS** this case **WITHOUT PREJUDICE** and without costs or attorney fees to any party except as provided in the settlement agreement.  Additionally, this Court will **RETAIN JURISDICTION** over this matter to enforce the terms of the Settlement Agreement.

Rule 41(a)(1)(A)(ii) provides, in relevant part, that an action may be dismissed by the plaintiff without order of court by

filing "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).  The stipulation of dismissal without prejudice is signed by all parties who have appeared in the action.  The Court therefore approves same.


**DATED:     May 6, 2015**                    /s/ RUDY LOZANO, Judge
                                              **United States District Court**